Jill Ann Herman (# 020180)
jherman@wshblaw.com
Christopher K Heo (# 033983)
cheo@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2525 E. Camelback Road, Suite 450
Phoenix, Arizona 85016-4210
Phone: 602-441-1300 ♦ Fax: 602-441-1350
*Attorneys for H & L Brothers Transport, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA, PRESCOTT

| | |
|---|---|
| Everest Indemnity Insurance Company as Subrogee of Silvicom, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mohamed Abdulle and H & L Brothers Transport, LLC, <br><br> Defendants. | Case No. 3:19-cv-08241-SPL <br> *(consolidated w/3:19-cv-08327-NVW)* <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** <br><br> [Assigned to: Hon. Steven P. Logan] |
| Mark Foster, <br><br> Plaintiff, <br><br> v. <br><br> H & L Brothers Transport, LLC, <br><br> Defendant | |

The Parties, by and through their respective counsel undersigned, hereby stipulate and agree that the above-entitled matter shall be dismissed <u>with prejudice</u>, each party to bear its own attorneys' fees and costs.

DATED: May 13, 2020                    WOOD, SMITH, HENNING & BERMAN LLP


By:  */s/ Jill Ann Herman*
     JILL ANN HERMAN
     CHRISTOPHER K. HEO
*Attorneys for H & L Brothers Transport, LLC*


SHORALL MCGOLDRICK BRINKMANN


By:  */s/ Samuel J. Pace (w/permission)*
     PAUL J. MCGOLDRICK
     MICHELLE J. SIMPSON

     and

     DUGAN BRINKMANN MAGINNIS AND PACE


     SAMUEL J. PACE, JR.
     JACQUELINE Y. CASSIDY
*Attorneys for Plaintiff Everest Indemnity Insurance Company as Subrogee of Silvicom, Inc.*

AJ LAW, PLC


By:  */s/ Elizabeth M. Gonzalez (w/permission)*
     ABDOUKADIR 'ABDUL' JAITEH
     ELIZABETH M. GONZALEZ
*Attorneys for Plaintiff Mark Foster*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May, 2020, the foregoing document entitled, STIPULATION TO DISMISS WITH PREJUDICE was e-filed and served via electronic service through the United States District Court for the District of Arizona's ECF System on the following person(s):

Paul J. McGoldrick
Michelle J. Simpson
SHORALL MCGOLDRICK BRINKMANN
1232 E. Missouri Avenue
Phoenix, AZ 85014
smb@smbattorneys.com
paulmcgoldrick@smbattorneys.com
mjsimpson@smbattorneys.com

AJ LAW, PLC
Abdoukadir 'Abdul' Jaiteh, Esq.
Elizabeth M. Gonzalez, Esq.
7201 N. 7th Street
Phoenix, AZ 85020
abdul@ajlawplc.com
elizabeth@ajlawplc.com,
*Attorneys for Plaintiff Mark Foster*

and

Samuel J. Pace, Jr.
Jacqueline Y. Cassidy
DUGAN BRINKMANN MAGINNIS AND PACE
1880 John F. Kennedy Blvd., Ste. 1400
Philadelphia, PA 19103-7424
sjpace@dbmplaw.com
jcassidy@dbmplaw.com
*Attorneys for Plaintiff Everest Indemnity Insurance Company as Subrogee of Silvicom, Inc.*

Mohamed Abdulle
5258-C Tamarack Circle E.
Columbus, OH 43229
*Pro Per*

By:    */s/ Jennine L. Warburton*